# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Bruce Bruchman, | Court File No. 0:10-cv-02835-PAM-JJG |
| Plaintiff, | |
| vs. | |
| Knight Transportation Company, Inc., a foreign corporation, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| Defendant | |

Pursuant to the Stipulation of Dismissal with Prejudice electronically filed in this matter on June 21, 2011 (Doc. #14), and good cause appearing,

**IT IS HEREBY ORDERED**, that this action be dismissed with prejudice, and without costs to either party.

Dated:  July 5, 2011    **BY THE COURT:**

s/Paul A. Magnuson
Honorable Paul A. Magnuson
United States District Court Judge